**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**PEDRO JOSE BACA,**

      **PLAINTIFF,**

vs.                                                                       Case No. 22-cv-27-KRS

**KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,**

      **DEFENDANT.**

**AGREED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE BRIEFS**

THIS MATTER having come before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Briefs (Doc. # 19), and Defendant having no objection, the Court being fully advised FINDS that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Remand shall be filed no later than **August 9, 2022**, Defendant's Response shall be filed no later than **October 10, 2022** and Plaintiff may file a Reply and shall file a Notice of Completion of Briefing no later than **October 17, 2022**.

IT IS SO ORDERED.

_____
The Honorable Kevin R. Sweazea
United States Magistrate Judge

Case 2:22-cv-00027-KRS   Document 20   Filed 07/27/22   Page 2 of 2

2

SUBMITTED BY:

*/s/ Feliz M. Martone*
Feliz M. Martone
MARTONE LAW FIRM
Attorneys for Plaintiff
2500 Louisiana Blvd NE, Suite 510
Albuquerque, New Mexico   87110
Telephone:  (505) 883-1260

APPROVED BY:

*verbal approval July 19, 2022*
M. Thayne Warner
Attorney for Defendant